JONI J. JONES (UT Bar #7562)
DAVID N. WOLF (UT Bar # 6688)
Assistant Utah Attorneys General
OFFICE OF THE ATTORNEY GENERAL
Attorneys for Defendant/Intervenor Mark L. Shurtleff
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail: jonijones@utah.gov
E-mail: dnwolf@utah.gov

FILED ___ LODGED
RECEIVED ___ COPY

MAY 07 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TOWN OF COLORADO CITY, an Arizona municipality,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED EFFORT PLAN TRUST, (Dated November 9, 1942, Amended April 10, 1946, and Amended and Restated on November 3, 1998); and BRUCE WISAN, Special Fiduciary; RONALD COOKE and JINJER COOKE, husband and wife; ROBERT BLACK and JANE DOE BLACK, husband and wife,<br><br>Defendants. | Case No. 3:11-cv-8037 – DGC<br><br>**UTAH ATTORNEY GENERAL MARK L. SHURTLEFF'S MOTION TO INTERVENE** |

Intervenor Utah Attorney General, Mark L. Shurtleff, by and through his undersigned counsel of record and pursuant to Federal Rule of Civil Procedure 24 and Local Rule 7.2(a), hereby respectfully moves the Court to intervene in this action on the grounds that he has an interest in (1) protecting the interests of the beneficiaries of the

United Effort Plan Trust (UEP Trust); (2) ensuring the Trust is enforced in a consistent, lawful manner; and (3) ensuring agreements entered into by the Special Fiduciary of the UEP Trust are valid and enforceable.

This Motion is accompanied by a supporting memorandum of points and authorities, filed and served concurrently.

DATED this 4th day of May 2012.

_____
JONI J. JONES
DAVID N. WOLF
Assistant Utah Attorneys General
Attorneys for Defendant Mark L. Shurtleff

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May 2012, I caused a copy of the foregoing **UTAH ATTORNEY GENERAL MARK L. SHURTLEFF'S MOTION TO INTERVENE** to be mailed postage prepaid, to the following:

Clerk of the Court
Arizona District Court
401 W. Washington Street, Ste. 130
Phoenix, AZ 85003

Jeffrey Charles Matura
Graif Barrett & Matura PC
1850 N. Central Ave., Ste. 500
Phoenix, AZ 85004

Alison Pulaski Carter
Michael Lee Parrish
Stinson Morrison Hecker, LLP
1850 N. Central Ave., Ste. 2100
Phoenix, AZ 85004-4584

William G. Walker
177 N. Church Ave., Ste. 700
Tucson, AZ 85701

_____
Yvonne Schenk