JONI J. JONES (UT Bar #7562)
DAVID N. WOLF (UT Bar # 6688)
Assistant Utah Attorneys General
OFFICE OF THE ATTORNEY GENERAL
Attorneys for Defendant/Intervenor Mark L. Shurtleff
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail: jonijones@utah.gov
E-mail: dnwolf@utah.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| TOWN OF COLORADO CITY, an Arizona municipality,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED EFFORT PLAN TRUST, (Dated November 9, 1942, Amended April 10, 1946, and Amended and Restated on November 3, 1998); and BRUCE WISAN, Special Fiduciary; RONALD COOKE and JINJER COOKE, husband and wife; ROBERT BLACK and JANE DOE BLACK, husband and wife,<br><br>Defendants,<br><br>STATE OF UTAH ATTORNEY GENERAL MARK L. SHURTLEFF,<br><br>Defendant-Intervenor. | Case No. 3:11-cv-8037 – DGC<br><br>**UTAH ATTORNEY GENERAL MARK L. SHURTLEFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO STAY** |

Pursuant to Rule 7.2(d) of the Arizona Local Rules of Civil Procedure, Intervenor Utah Attorney General, Mark L. Shurtleff, through counsel, submits his Reply Memorandum in Support of his Motion to Stay.

**ARGUMENT**

The Utah Attorney General agrees that discovery in this case should not be stayed. The Utah Attorney General also agrees that resolution of *FLDS v. Wisan, et al,* will not resolve the dispute between the Cookes and Mr. Black. However, as this Court has recognized, the Tenth Circuit in *FLDS v. Wisan,* may rule on the constitutionality of the reformation of the Trust. (*See* Transcript of April 11, 2012 Scheduling Conference, Dkt. 78-1 at p. 17 lines 17–24.) And such a ruling would have an impact on this case. (*See id.* "If . . . the Tenth circuit affirms Judge Benson's decision . . . . [o]ne question will be who will be bound by the Tenth Circuit holding that it's unconstitutional.") Indeed, Colorado City has acknowledged that in order to obtain a declaration regarding the Cookes' and Black's rights to the subject property, this Court must first determine whether Bruce Wisan's conduct in administering the Trust violated the First Amendment. (Am. Compl. Dkt.16, ¶ 107.)

Under principles of comity, this Court should wait until the Tenth Circuit rules, so as to avoid potentially conflicting rulings on the same issue. "The concern manifestly is to avoid the waste of duplication, to avoid rulings which may trench upon the authority of sister courts, and to avoid piecemeal resolution of issues that call for a uniform result." *W. Gulf Mar. Ass'n v. ILA Deep Sea Local 24, S. Atl. and Gulf Coast Dist. of the ILA, AFL-CIO*, 751 F.2d 721, 729 (5th Cir. 1985) (citations omitted). "Piecemeal litigation occurs when different tribunals consider the same issue, thereby duplicating efforts and possibly reaching different results." *Am. Int'l Underwriters (Philippines), Inc. v. Cont'l Ins. Co.*, 843 F.2d 1253, 1258 (9th Cir. 1988).

There is no question that the issue of whether the reformation of the Trust, and its subsequent administration, was constitutional is one that calls for a uniform result. The Trust cannot be administered with conflicting rulings governing Arizona and Utah on

this issue. The Court should therefore delay ruling on the merits of this case until it has the benefit of the Tenth Circuit's ruling. In order to ensure that the facts necessary to resolving this case are fully developed, but to avoid the potential of a ruling conflicting with the Tenth Circuit, this Court should impose a stay after fact and expert discovery is completed.

## CONCLUSION

Based on the foregoing, and for the reasons set out in the Utah Attorney General's opening brief, the Utah AG asks this Court to stay the dispositive motion deadline and the trial of this action until after the Tenth Circuit Court of Appeals has issued a ruling in *FLDS v. Wisan*.

DATED August 29, 2012.

/s/ Joni Jones
JONI J. JONES
DAVID N. WOLF
Assistant Utah Attorneys General
Attorneys for Defendant Mark L. Shurtleff

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2012 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of a Notice of Electronic Filing to the following CM/ECF registrants:

Asha Sebastian
Jeffrey Charles Matura
Graif Barrett & Matura PC
Email: jmatura@gbmlawpc.com
*Attorneys for Colorado City*

Alison Pulaski Carter
Michael Lee Parrish
Stinson Morrison Hecker, LLP
Email: acarter@stinson.com
Email: mparrish@stinson.com
*Attorneys for UEP and Bruce Wisan*

William G. Walker
Email: wgwpc@aol.com
*Attorney for Ronald and Jinjer Cooke*

I hereby certify that I served the attached document by first class mail on the following participant who is not a registered participant of the CM/ECF System:

Robert Black
P.O. Box 789
St. George, UT 84771

/s/ Suzanne Nelson